No. 11-5780. David Anthony Stebbins, Petitioner v. Wal-Mart Stores Arkansas, LLC, aka Wal-Mart Stores, Inc.

565 U.S. 951, 132 S. Ct. 417, 181 L. Ed. 2d 273, 2011 U.S. LEXIS 7441.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-5783. Kenneth Leslie Caldwell, Petitioner v. Idaho, et al.

565 U.S. 951, 132 S. Ct. 417, 181 L. Ed. 2d 273, 2011 U.S. LEXIS 7323, ▮

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5785. Jesus Valdez Ruiz, Petitioner v. California.

565 U.S. 951, 132 S. Ct. 418, 181 L. Ed. 2d 273, 2011 U.S. LEXIS 7267.

October 11, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

No. 11-5786. Joseph Smith, Petitioner v. Illinois.

565 U.S. 951, 132 S. Ct. 418, 181 L. Ed. 2d 273, 2011 U.S. LEXIS 7397.

October 11, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 403 Ill. App. 3d 1104, 373 Ill. Dec. 149, 993 N.E.2d 149.

No. 11-5789. Larry Atkins, Petitioner v. Luis S. Spencer, Commissioner, Massachusetts Department of Correction.

565 U.S. 951, 132 S. Ct. 446, 181 L. Ed. 2d 273, 2011 U.S. LEXIS 7364.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 642 F.3d 47.

No. 11-5793. Nyka O'Connor, Petitioner v. E. Brown, et al.

565 U.S. 951, 132 S. Ct. 418, 181 L. Ed. 2d 273, 2011 U.S. LEXIS 7368.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5806. Donald White, Petitioner v. Thomas Dickhaut, Superintendent, Souza-Baranowski Correctional Center.

565 U.S. 951, 132 S. Ct. 418, 181 L. Ed. 2d 273, 2011 U.S. LEXIS 7284.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.